**1014**

Edward L. HAFF, Acting Com'r of Immigration, Port of San Francisco, California, Appellant, v. Elena Andrade DE GALARZA, etc., et al., Appellees.

No. 7176.

Circuit Court of Appeals, Ninth Circuit.

May 31, 1933.

Stephen M. White, of San Francisco, Cal., for appellees.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellees, and good cause therefor appearing, ordered appeal herein dismissed for failure of appellant to file record and docket cause; mandate forthwith.

Vollie J. HOLTON v. UNITED STATES of America.

No. 6431.

Circuit Court of Appeals, Sixth Circuit.

March 14, 1933.

Lyle Burrow, of Bristol, Tenn., for appellant.

W. J. Carter, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Docketed and dismissed pursuant to motion of appellee.

IRA S. BUSHEY & SONS, Inc., Libelant-Appellee, v. HURON STEVEDORING COMPANY, Respondent-Appellant. Eugene F. Gilligan and John J. Heckman, Stipulators-Appellants.

No. 320.

Circuit Court of Appeals, Second Circuit.

April 4, 1933.

L. De Grove Potter, of New York City, for appellant.

James A. Martin, of New York City, for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (1 F. Supp. 327) affirmed in open court.

JAMES F. HOPKINS, Inc., d. b. a. Station WJBK, James S. Hunt, James F. Hopkins, Richard Connell, and Dale Robertson v. Charles L. CARRELL.

No. 6383.

Circuit Court of Appeals, Sixth Circuit.

March 15, 1933.

McLeod, Fixel, Abbott & Fixel, of Detroit, Mich., for appellants.

Wiley, Streeter, Smith & Ford, of Detroit, Mich., for appellee.

PER CURIAM.

Dismissed pursuant to motion of appellee.

Lucien KATZENBERG and Milton R. Katzenberg, Libelants-Appellants, v. LAMPORT & HOLT, Ltd., Respondent-Appellee.

No. 336.

Circuit Court of Appeals, Second Circuit.

April 17, 1933.

Single & Hill, of New York City (Alonzo L. Tyler, of New York City, of counsel), for appellants.

Slayton & Jackson, of New York City (G. Noyes Slayton, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree [59 F.(2d) 739] affirmed.